**John Sterling HUSS, Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE; et al., Defendants–Appellees.**

No. 01–36031.

D.C. No. CV–00–01776–HA.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted July 22, 2002 *.

Decided July 30, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

John Sterling Huss appeals pro se the district court's summary judgment for defendants in his employment discrimination action against the United States Postal Service due to Huss's failure to exhaust his administrative remedies. We have jurisdiction pursuant to 28 U.S.C. § 1291, and, after de novo review, *Leorna v. United States Dep't of State*, 105 F.3d 548, 550 (9th Cir.1997), we affirm.

The district court properly granted summary judgment because Huss did not file a formal Equal Employment Opportunity complaint within 15 days of the conclusion of the pre-complaint processing. *See* 29 C.F.R. § 1614.106(b); *Leorna*, 105 F.3d at 551.

AFFIRMED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.